**ORIGINAL**

Carlyne Desir
1211 Atlantic CT
Kissimmee, FL 34759
Phone Contact # 863-496-4535

Magistrate Judge James Orenstein
225 Cadman Plaza East
Brooklyn, NY 11201

**RECEIVED MAY 30 2018 PRO SE OFFICE**

Re: *Carlyne Desir v. Florida Capital Bank, N.A., et al,*
Civil Action No. 1:18-cv-02630-ENV-JO

May 26, 2018

Carlyne Desir reply to firm Winston & Strawn LLP representing defendant Bank of America, N.A. ("BANA")

Dear Judge Orenstein:

*Pro Se* Plaintiff, Carlyne Desir was contacted by telephone on May 24, 2018 by Evan E. D'Amico and Carlyne Desir *does not* consent to this request for extension:

1. Giving BOA an extension dose not work in Carlyne Desir favor. Bank of America had enough time to answer the complaint. Furthermore, this was the requirement and courtesy Bank of America gave to me in the foreclosure action (False suit, case 502162/2012 and case 507782/2015) filed by BOA and Bayview Loan Servicing, LLC.

2. Pro Se, Carlyne Desir one person fighting 3 court cases by myself with 8 law firms. Carlyne Desir has no law degree or experience in law. Also, fighting 6 professional lawyers in the foreclosure court case (1.Kristine L Grinberg, 2.Todd C. Falasco, 3. Nicole P. Femminella, 4. Christopher P.Kohn, 5.William D. Jennings and 6. Dennis A. Amore).

3. Bank of America, N.A. ("BANA") is prosecuting an unlawful and illegal foreclosure action against me still continuing at the present time. My property is being sold on June 14, 2018 at 2:30 pm "Notice of Sale" (attached).

4. Bank of America, N.A. ("BANA") is defaming and slandering my name credit bureau and documents filed in Kings county Brooklyn NY court case 507782/2015.

5. Bank of America, N.A. ("BANA") is filing fraudulent documents in Kings county Brooklyn NY court (case 502162/2012 and case 507782/2015 committing **Fraud and Perjury.**

6. Bank of America, N.A. ("BANA") breach of fiduciary duties.

7. Bank of America, N.A. ("BANA") fraud as trickery, deceit, intentional misrepresentation, concealment, or nondisclosure for the purpose of inducing Carlyne Desir to part with something of value. It also includes false representation of a matter of fact by words or conduct or by the concealment of what should have been disclosed to Carlyne Desir that deceives or is intended to deceive Carlyne Desir so I shall act upon it to my legal injury.

8. **Bad faith** (intent to deceive) **and FRAUD** (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party. False suit, false act. BOA is attempting to collect a debt/loan on the basis of fraud.

Defendants:

- Misrepresentation of a material fact
- Knowledge on the part of the accused that they were misrepresenting the fact
- The misrepresentation was made purposefully, with the intent of fooling the victim Carlyne Desir
- The victim believed the misrepresentation and relied upon it
- The victim suffered damages as a result of the misrepresentation

9. Documents file by attorneys are inadmissible. *Supreme Court* Rulings "An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness". (Trinsey v. Pagliaro D.C.Pa. 1964, 229 F. Supp. 647)."

Still continuing at the present time with BOA, Bayview loan Servicing, LLC, THE BANK OF NEW YORK Mellon and Frenkel Lambert Weiss, LLP

For all of these reasons, Carlyne Desir respectfully denies an extension to firm Winston & Strawn LLP representing defendant Bank of America, N.A. ("BANA"). Furthermore, Property that is the subject of this interpleader action 1192 East 46th Street Brooklyn NY 11234. Carlyne Desir requesting execution of stay for court case 507782/2015 until this court case is done. For all of the reason listed above.

Carlyne Desir requesting permission to file documents and receive notices electronically on Electronic Case Filing (ECF). Electronic Case Filing is more convenient and allowed faster communication with the other parties.

Carlyne Desir,
Respectfully submitted,

*[signature]*
5/30/18

# NOTICE OF SALE

Supreme Court County Of Kings

The Bank of New York Mellon FKA The Bank of New York, as Trustee (CWALT 2006-31CB), Plaintiff

AGAINST

Carlyne Desir, et al, Defendant

Pursuant to a Judgment of Foreclosure and Sale duly dated 3/2/2018 and entered on 3/14/2018, I, the undersigned Referee, will sell at public auction at the Kings County Supreme Court, 360 Adams Street, Brooklyn, NY on June 14, 2018 at 02:30 PM premises known as 1192 East 46th Street, Brooklyn, NY 11234. All that certain plot piece or parcel of land, with the buildings and improvements erected, situate, lying and being in the County of Kings, City and State of New York, BLOCK: 7749, LOT: 56. Approximate amount of judgment is $490,107.47 plus interests and costs. Premises will be sold subject to provisions of filed Judgment Index # 507782/2015.

For sale information, please visit Auction.com at www.Auction.com or call (800) 280-2832.

Joel Abramson, Esq., Referee

FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP
53 Gibson Street
Bay Shore, NY 11706

01-043892-F01