UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Carlyne Desir | Plaintiff(s) | |
| | VS. | |
| Florida Capital Bank, N.A., THE BANK OF NEW YORK Mellon FKA The Bank New York, (CWALT 2006-31CB), Bank of America, Bayview Loan Servicing, LLC, Frenkel Lambert Weiss Weisman & Gordon, LLP., STEWART TITLE, JP MORGAN CHASE BANK, N.A, Mortgage Electronic Registration Systems, Inc. (MERS) | Defendant(s) | Court No.: CV18-2630 |

RECEIVED MAY 25 2018 PRO SE OFFICE

## AFFIDAVIT OF SERVICE OF PROCESS

I, Cynthia Brown-Rexrode, depose that I am authorized to serve this process

Type of Process: Summons in a Civil Action and Complaint for Interpleader and Declaratory Relief, Demand for Discovery and a Trial by Jury

Received by Cynthia Brown-Rexrode, on 5/10/2018 @ 9:00 AM to be served upon Florida Capital Bank, N.A. at 10151 Deerwood Park Boulevard Building 100, Suite 200 A, Jacksonville, FL, 32256

SERVED the within named defendant on: 5/14/2018 10:40 AM

X CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with Audrey Blige, (Title): Personal Banker, a person authorized to accept service and informed that person of the contents thereof.

Recipient was served in absence of the President, Vice President, Other Head of the Corporation, Cashier, Treasurer, Secretary, General Manager, or Director or Business Agent Residing in the State as defined by F.S. 48.081.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: 35+ Gender: Female Race: African American Height: 5-4 Weight: 126-150 Hair: Black Glasses: No

Additional Comments:

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on 05/16/2018

Signature of Process Server
Identification Number: SPS253/SPS069

Notary Public

Personally Known X OR Produced Identification_____

Type of Identification Produced_____


CHARLES HUNTER
Notary Public - State of Florida
Commission # GG 132252
My Comm. Expires Aug 25, 2021
Bonded through National Notary Assn.

Page 1 of 1 File Number: 1CD050818
Reference Number: 3648857
Case Number: CV18-2630
Doc Generated: 05/15/2018 04:23:27:279 PM

718083_3648857_0_23_V4

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CARLYN DESIR <br><br> *Plaintiff(s)* <br> v. <br><br> FLORIDA CAPITAL BANK, N.A. <br><br> (See Next Page for a Complete List of Defendants) <br><br> *Defendant(s)* | Civil Action No. CV 18 - 2630 <br><br> VITALIANO, J. <br><br> ORENSTEIN, M.J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FLORIDA CAPITAL BANK, N.A.
10151 Deerwood Park Boulevard
Building 100, Suite 200 A
Jacksonville, FL 32256

(See Next Page for a Complete List of Defendants and their Addresses)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pro Se Plaintiff:
CARLYN DESIR
1211 Atlantic Court
Kissimmee, FL 34759

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: MAY 0 3 2018

*Signature of Clerk or Deputy Clerk*

RECEIVED MAY 2 5 2018 PRO SE OFFICE

<u>Defendants Continued</u>:

2. THE BANK OF NY MELLON FKA THE BANK NY (CWALT 2006-31 CB)
   225 Liberty Street
   New York, NY 10286

3. BANK OF AMERICA
   C T Corporation System
   1200 South Pine Island Road
   Plantation, FL 33324

4. BAYVIEW LOAN SERVICING, LLC
   Corporation Service Company
   1201 Hays Street
   Tallahassee, FL 32301

5. FRENKEL LAMBERT WEISS WEISMAN &GORDON, LLP.
   20 West Main Street
   Bay Shore, NY 11706

6. STEWART TITLE
   C T Corporation System
   1200 South Pine Island Road
   Plantation, FL 33324

7. JP MORGAN CHASE BANK, N.A.
   270 Park Avenue
   New York, NY 10017

8. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
   1818 Library Street, Suite 300
   Reston, VA 20190

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                     _____
                                                *Server's signature*

                                           _____
                                                *Printed name and title*


                                           _____
                                                *Server's address*

Additional information regarding attempted service, etc: