## VERIFIED RETURN OF SERVICE

| State of Florida | County of Eastern | United States District Court |
|---|---|---|

Case Number: CV18-2630

Plaintiff:
**Carlyn Desir**

vs.

Defendant:
**Florida Capital Bank, N.A.**

For:
Carlyne Edwards
Carlyne Edwards
1211 Atlantic Court
Kissimmee, FL 34759

Received by Vause's Process Service on the 8th day of May, 2018 at 9:15 am to be served on **Bayview Loan Servicing, LLC c/o Corporation Service Company, 1201 Hays Street, Tallahasseee, FL 32301**.

I, Ernest D. Moody III, do hereby affirm that on the **8th day of May, 2018 at 2:35 pm, I:**

Served by delivering in a corporate manner, a true copy of the **Summons & Complaint For Inter Pleader and Declaratory Relief, Demand, For Discovery and A Trail By Jury with Exhibits** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Gwen Butler** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Corporation Service Company as Registered Agent for Bayview Loan Servicing, LLC**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

RECEIVED MAY 25 2018 PRO SE OFFICE

Ernest D. Moody III
ID#229 2nd Circuit

**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: VPS-2018004024

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2d