# Affidavit of Process Server

UNITED STATES DISTRICT COURT for the EASTERN DISTRICT OF NEW YORK
(NAME OF COURT)

CARLYN DESIR vs FLORIDA CAPITAL BANK, N.A., et al     CV-18-2630
PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT     CASE NUMBER

I SOAD IBRAHIM, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served FRENKEL LAMBERT WEISS WELSMAN & GORDON LLP
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS IN A CIVIL ACTION, COMPLAINT & EXHIBITS A-G

by leaving with KATHLEEN COSTANZO     OFFICE RECEPTIONIST     At
NAME     RELATIONSHIP

☐ Residence _____
☑ Business 20 WEST MAIN STREET/53 GIBSON ST, BAY SHORE, NY 11706
ADDRESS     CITY/STATE

On MAY 10, 2018     AT 10:42 AM
DATE     TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____

from _____
CITY     STATE     ZIP

RECEIVED
DATE MAY 25 2018
PRO SE OFFICE

**Manner of Service:**
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

Service Attempts: Service was attempted on: (1) _____ (2) _____
DATE TIME     DATE TIME
(3) _____ (4) _____ (5) _____
DATE TIME     DATE TIME     DATE TIME

Description: Age 30's Sex F Race WHT Height 5'5" Weight 130's Hair BRN Beard NO Glasses YES

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 4th day of May, 2018, by SOAD IBRAHIM
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ARLETTE SIMMONS
Notary Public, State of New York
No. 01S15162427
Qualified in New York County
My Commission Expires November 05, 2018

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of _____

FORM 2     NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS