| | |
|---|---|
| UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK | EASTERN DISTRICT |

Plaintiff / Petitioner:
**CARLYN DESIR**
Defendant / Respondent:
**FLORIDA CAPITAL BANK, N.A., et al**

**AFFIDAVIT OF SERVICE**

Index No:
CV-18-2630

For:
CARLYNE DESIR

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at . That on Thu, May 10 2018 AT 11:38 AM AT 76 E 161st St, Bronx, NY 10451 deponent served the within SUMMONS IN A CIVIL ACTION and COMPLAINT on JP MORGAN CHASE BANK

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation:** JP MORGAN BANK, a defendant, therein named, by delivering a true copy of each to DUNESHISA K. GRIFFITHS personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be ASSISTANT BRANCH MANAGER thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40's    Ethnicity: African American    Gender: Female    Weight: 160's
Height: 5'7"    Hair: Black    Eyes: Black    Relationship: ASSISTANT BRANCH MANAGER

Other _____

_____
Robert L. Lawson

ARLETTE SIMMONS
Notary Public State of New York
No 01S15162427
Qualified in New York County
My Commission Expires November 05, 2018

Subscribed and Sworn to before me on the 14 day of May, 2018 by the affiant who is personally known to me

_____
NOTARY PUBLIC

RECEIVED MAY 25 2018 PRO SE OFFICE

Rcv'd 5/31/18