# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: CV 18-2630                                              Date Filed: 5/3/2018

Plaintiff:
**CARLYNE DESIR**

vs.

Defendant:
**FLORIDA CAPITAL BANK, N.A., et.al.**

For:
Carlyne Desir
1211 Atlantic Court
Kissimmee, FL 34759

Received by LEGAL EASE PROCESS SERVICE on the 8th day of May, 2018 at 8:50 am to be served on **Stewart Title CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324**.

I, Bruce Charlton, do hereby affirm that on the **8th day of May, 2018** at **1:25 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Complaint for Interpleader and Declaratory Relief, Demand for Discovery and a Trial by Jury and Exhibits "A" Through "G"** with the date and hour of service endorsed thereon by me, to: **Donna Moch / CT Corporation System** as **Registered Agent** at the address of: **1200 South Pine Island Road, Plantation, FL 33324** on behalf of **Stewart Title**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 48, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 145, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action,

Bruce Charlton
SPS 1500

**LEGAL EASE PROCESS SERVICE**
1856 N. Nob Hill Road
Suite #403
Plantation, FL 33322
(954) 667-3783

Our Job Serial Number: GLD-2018000537

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2e