# AFFIDAVIT OF SERVICE

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Case Number: CV18-2630
Date Filed:

**Plaintiff:**
**Carlyn Desir**
vs
**Defendant:**
**Florida Capital Bank, N.A.; et al.**

Received on **5/9/2018** to be served on **Mortgage Electronic Registration System, Inc. (MERS), 1818 Library Drive, Suite 300, Reston, VA 20190.**

**Ali Adawi**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action.

On **05/11/2018** at **10:33 AM**, deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH ATTACHMENTS**; on **Mortgage Electronic Registration System, Inc. (MERS)** at **1818 Library Drive, Suite 300, Reston, VA 20190** in the manner indicated below:

By delivering a true copy of each to and leaving with **Paul Van Fleet, Associate Counsel** who stated he/she is authorized to accept service on behalf of the corporation.

**Description:**
Gender: **Male**    Race/Skin: **White**    Age: **40 - 50 Yrs.**    Weight: **131-160 Lbs.**    Height: **5ft 4in - 5ft 8in**    Hair: **Balding**
Other:

RECEIVED MAY 25 2018 PRO SE OFFICE

HANNAH CREEKMORE
NOTARY PUBLIC
REGISTRATION # 7728541
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
SEPTEMBER 30, 2021

Subscribed and Sworn to before me on 5-16, 20 18

Hannah Creekmore
My Commission Expires: 9/30/21
Registration Number: 7728541
Commonwealth of Virginia, County of Fairfax

X _____
**Ali Adawi**
Job #: 1802846

ALIASS, 10387 Main Street, Suite 202, Fairfax, VA 22030 (703) 383-3007