```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLYNE DESIR,                                              ORDER
                          Plaintiff,
          - against -
FLORIDA CAPITAL BANK, N.A., et al.,                         18-CV-2630 (ENV) (JO)
                          Defendants.
-----------------------------------------------------------X
```

James Orenstein, Magistrate Judge:

      I respectfully direct the plaintiff to respond to the motion by June 7, 2018. The movant's obligation to respond to the Complaint is stayed until three days after the motion is resolved. I defer to Judge Vitaliano on the request for briefing schedule.

SO ORDERED.

Dated: Brooklyn, New York
       May 31, 2018

                                                                     /s/
                                           James Orenstein
                                           U.S. Magistrate Judge