UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLYNE DESIR,                                          ORDER
                              Plaintiff,
                - against -
FLORIDA CAPITAL BANK, N.A., et al.,                    18-CV- 2630 (ENV) (JO)
                              Defendants.
-----------------------------------------------------------X

James Orenstein, Magistrate Judge:

        To avoid any appearance of impropriety, pursuant to 28 U.S.C. § 455(a), I recuse myself.


        SO ORDERED.

Dated:  Brooklyn, New York
        June 1, 2018

                                                        _____/s/_____
                                                        James Orenstein
                                                        U.S. Magistrate Judge