UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYNE DESIR,<br><br>　　　　　　　Plaintiff,<br><br>- against -<br><br>FLORIDA CAPITAL BANK, N.A., THE BANK OF NEW YORK, MELLON FKA THE BANK OF NEW YORK, (CWALT 2006-31CB), BANK OF AMERICA, BAYVIEW LOAN SERVICING, LLC, FRANKEL LAMBERT WEISS WEISMAN & GORDON, LLP, STEWART TITLE, JP MORGAN CHASE BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS),<br><br>　　　　　　　Defendants. | Civ. No.: 18-cv-02630-ENV-JO |

## CERTIFICATE OF SERVICE

　　ANTHONY ROSARIO, hereby certifies pursuant to 28 U.S.C. 1746 and under penalty of perjury that on the 1st day of June, 2018 I served a true copy of the within **ORDER DATED MAY 30, 2018** upon the plaintiff, pro se in this action listed below at the address listed beneath her name in the manner indicated below:

**By First Class Mail**

Carlyne Desir
Plaintiff pro se
1211 Atlantic Court
Kissimmee, Florida 34759


Dated: June 1, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Anthony Rosario

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CARLYNE DESIR,                                          ORDER
                Plaintiff,
   - against -
FLORIDA CAPITAL BANK, N.A., et al.,                     18-CV-2630 (ENV) (JO)
                Defendants.
----------------------------------------------------------X

James Orenstein, Magistrate Judge:

    I respectfully direct the plaintiff to respond to the motion by June 6, 2018; any other represented party that has not yet consented shall respond by June 1, 2018. The movant's obligation to respond to the Complaint is stayed until three days after the motion is resolved.

SO ORDERED.

Dated: Brooklyn, New York
       May 30, 2018

                                                     /s/
                                      James Orenstein
                                      U.S. Magistrate Judge