UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | |
|---|---|
| CARLYNE DESIR, | } |
| | } |
|        Plaintiff, | }Civil Action, File No. |
|   v | }1:18-cv-02630-ENV-JO |
| | } |
| FLORIDA CAPITAL BANK, N.A., | } |
| THE BANK OF NEW YORK MELLON | } |
| FORMERLY KNOWN AS THE BANK OF NEW YORK, | } |
| BANK OF AMERICA, | } |
| BAYVIEW LOAN SERVICING, LLC, | } |
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, | } |
| STEWART TITLE CT CORPORATION SYSTEM, | } |
| JP MORGAN CHASE BANK, NA, AND | } |
| MORTGAGE ELECTRONIC REGISTRATION | } |
| SYSTEMS, INC (MERS), | } |
| | } |
|        Defendants | } |

**CERTIFICATE OF SERVICE**

     I hereby certify that on this date I have served the Order entered by this court on May 31, 2018 as regards ECF 29 by mailing a true copy of the same to Plaintiff at the following address:

Carlyne Desir
1211 Atlantic Court
Kissimmee, FL 34759

Dated:  May 31, 2018

/s/_Mitchell L. Pashkin
Mitchell L. Pashkin (MP 9016)
Attorney For Defendant Florida Capital Bank, N.A.
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107
mpash@verizon.net