UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYNE DESIR,<br><br>                    Plaintiff,<br><br>     v.<br><br>FLORIDA CAPITAL BANK, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK (CWALT 2006-31CB), BANK OF AMERICA, BAYVIEW LOAN SERVICING, LLC, FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, STEWART, JP MORGAN CHASE BANK, NA, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS),<br><br>                    Defendants. | Case No 1:18-cv-02630-ENV |

## DECLARATION OF SERVICE

I hereby certify that on June 1, 2018, a sent a copy of the ORDER re [18] MOTION [dkt. no. 30] by First Class regular mail to:

Carlyne Desir
1211 Atlantic Court
Kissimmee, FL  34759

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

New York, NY
June 1, 2018

                                        __/s/ Ashley S. Miller_____
                                             Ashley S. Miller

45372461;1