# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5354
bjfinneran@zeklaw.com

WWW.ZEKLAW.COM

June 12, 2018

**BY ELECTRONIC CASE FILING**

Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Carlyne Desir v. Florida Capital Bank, N.A. et al.**
**Civil Action #: 18-CV-02630 (ENV) (PK)**

Dear Judge Kuo:

      We are counsel to defendant Mortgage Electronic Registration Systems, Inc. ("MERS") in the above referenced action. We write to respectfully request a clarification regarding the deadline for MERS to respond to plaintiff's complaint. In a text order filed on June 11, 2018, Your Honor granted MERS' request for an extension to file a response to the complaint (DE 13) until June 21, 2018. However, on June 8, 2018, Judge Vitaliano filed a text order approving and adopting the briefing schedule (DE 18) for the defendants, including MERS, to make motions to dismiss. Pursuant to that schedule, the defendants must serve their motions by June 25, 2018. Therefore, we request that Your Honor clarify that MERS' response to the complaint is due by June 25, 2018, in accordance with the briefing schedule ordered by Judge Vitaliano, rather than June 21, 2018, the date in your text order.

Respectfully submitted,

BJ Finneran

BJF:mr

cc:     Carlyn Desir by electronic mail
        All other appearing parties by ECF