UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Carlyne Desir

Plaintiff(s)

vs.

MAGISTRATE JUDGE JAMES ORENSTEIN
CV 18-2630 (ENV)(PK)

Mortgage Electronic Registration Systems, Inc. (MERS)

Defendant(s)



**Request for Clerk's Certificate of Default**

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Carlyne Desir requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

1) Mortgage Electronic Registration Systems, Inc. (MERS) is not an infant or incompetent person;

2) Mortgage Electronic Registration Systems, Inc. (MERS) is not in the military service;

3) Mortgage Electronic Registration Systems, Inc. (MERS) was properly served under Fed. R. C. P. 4 with agent designated for service of process and proof of service having been filed with the court;

4) Carlyne Desir is unaware of any other address where the defaulting party may be found. Mortgage Electronic Registration Systems, Inc. (MERS) has defaulted in appearance in the above captioned action.

Carlyne Desir Plaintiff(s) Pro se
1211 Atlantic Court
Kissimmee Florida 34759
carlynedesir@gmail.com
863-496-4535
June 11, 2018

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Carlyne Desir,

Plaintiff(s)

                        MAGISTRATE JUDGE JAMES ORENSTEIN

-against-                       CV 18-2630

Mortgage Electronic Registration Systems, Inc. (MERS)

Defendant(s).

AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT

Carlyne Desir hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to FRCP 55.1.

3. The time for defendant(s) Mortgage Electronic Registration Systems, Inc. (MERS) to answer or otherwise move with respect to the complaint herein has expired June 1, 2018.

4. Defendant(s) Mortgage Electronic Registration Systems, Inc. (MERS) has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) Mortgage Electronic Registration Systems, Inc. (MERS) to answer or otherwise move has not been extended.

5. That defendant(s) Mortgage Electronic Registration Systems, Inc. (MERS) is not an infant or incompetent. Defendant(s) Mortgage Electronic Registration Systems, Inc. (MERS) is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff Carlyne Desir requests that the default of defendant(s) Mortgage Electronic Registration Systems, Inc. (MERS) be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

6/11/18 Plaintiff(s) Pro se Carlyne Desir
1211 Atlantic Court
Kissimmee Florida 34759
carlynedesir@gmail.com
863-496-4535

RECEIVED JUN 15 2018 PRO SE OFFICE

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Carlyne Desir

Plaintiff(s)

vs.

MAGISTRATE JUDGE JAMES ORENSTEIN
CV 18-2630

Mortgage Electronic Registration Systems, Inc. (MERS)

Defendant(s)

### CERTIFICATE OF DEFAULT

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Mortgage Electronic Registration Systems, Inc. (MERS) has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Mortgage Electronic Registration Systems, Inc. (MERS) is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: 6/11/18 New York, 20___

DOUGLAS C. PALMER, Clerk of Court

By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Carlyne Desir

Plaintiff(s)

                vs.

MAGISTRATE JUDGE JAMES ORENSTEIN
CV 18-2630

Mortgage Electronic Registration Systems, Inc. (MERS)

Defendant(s)

## Affirmation of Service

I Carlyne Desir declare under penalty of perjury that I have served a copy of the Request for Clerk's Certificate of Default, Affirmation in Support of Request for Certificate of Default upon Mortgage Electronic Registration Systems, Inc. (MERS) by mailing it to Mortgage Electronic Registration Systems, Inc. (MERS)

Whose address is:
Mortgage Electronic Registration Systems, Inc. (MERS)
1818 Library Street, Suite 300,
Reston, VA 20190

6/11/18 Plaintiff(s) Pro se Carlyne Desir
1211 Atlantic Court
Kissimmee Florida 34759
carlynedesir@gmail.com
863-496-4535

RECEIVED
JUN 15 2018
PRO SE OFFICE