UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Carlyne Desir

Plaintiff(s)

          vs.

MAGISTRATE JUDGE JAMES ORENSTEIN
CV 18-2630

Frenkel Lambert Weiss Weisman & Gordon, LLP.

Defendant(s)



### Request for Clerk's Certificate of Default

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Carlyne Desir requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

1) Frenkel Lambert Weiss Weisman & Gordon, LLP is not an infant or incompetent person;

2) Frenkel Lambert Weiss Weisman & Gordon, LLP is not in the military service;

3) Frenkel Lambert Weiss Weisman & Gordon, LLP was properly served under Fed. R. C. P. 4 with agent designated for service of process and proof of service having been filed with the court;

4) Carlyne Desir is unaware of any other address where the defaulting party may be found. Frenkel Lambert Weiss Weisman & Gordon, LLP has defaulted in appearance in the above captioned action.

Carlyne Desir Plaintiff(s) Pro se
1211 Atlantic Court
Kissimmee Florida 34759
carlynedesir@gmail.com
863-496-4535
June 11, 2018

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Carlyne Desir,

Plaintiff(s)

-against-

                   MAGISTRATE JUDGE JAMES ORENSTEIN
                             CV 18-2630

Frenkel Lambert Weiss Weisman & Gordon, LLP

Defendant(s).

AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT

Carlyne Desir hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to FRCP 55.1.

3. The time for defendant(s), Frenkel Lambert Weiss Weisman & Gordon, LLP to answer or otherwise move with respect to the complaint herein has expired May 31, 2018.

4. Defendant(s), Frenkel Lambert Weiss Weisman & Gordon, LLP has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) Frenkel Lambert Weiss Weisman & Gordon, LLP to answer or otherwise move has not been extended.

5. That defendant(s) Frenkel Lambert Weiss Weisman & Gordon, LLP is not an infant or incompetent.  Defendant(s) Frenkel Lambert Weiss Weisman & Gordon, LLP is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff Carlyne Desir requests that the default of defendant(s) Frenkel Lambert Weiss Weisman & Gordon, LLP be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

6/11/18 Plaintiff(s) Pro se Carlyne Desir
                             1211 Atlantic Court
                         Kissimmee Florida 34759
                           863-496-4535

RECEIVED

JUN 15 2018

PRO SE OFFICE

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Carlyne Desir

Plaintiff(s)

        MAGISTRATE JUDGE JAMES ORENSTEIN
   vs.        CV 18-2630

Frenkel Lambert Weiss Weisman & Gordon, LLP

Defendant(s)

### CERTIFICATE OF DEFAULT

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Frenkel Lambert Weiss Weisman & Gordon, LLP has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Frenkel Lambert Weiss Weisman & Gordon, LLP is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: 6/11/18 New York, 20____

DOUGLAS C. PALMER, Clerk of Court

By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Carlyne Desir

Plaintiff(s)

                vs.

MAGISTRATE JUDGE JAMES ORENSTEIN
CV 18-2630

Frenkel Lambert Weiss Weisman & Gordon, LLP

Defendant(s)

## Affirmation of Service

I Carlyne Desir declare under penalty of perjury that I have served a copy of the Request for Clerk's Certificate of Default, Affirmation in Support of Request for Certificate of Default upon Frenkel Lambert Weiss Weisman & Gordon, LLP by mailing it to Frenkel Lambert Weiss Weisman & Gordon, LLP.
Whose address is:

Frenkel Lambert Weiss Weisman & Gordon, LLP.
20 WEST MAIN ST
BAY SHORE, NEW YORK, 11706

6/11/18 Plaintiff(s) Pro se Carlyne Desir
1211 Atlantic Court
Kissimmee Florida 34759
carlynedesir@gmail.com
863-496-4535

RECEIVED
JUN 1 5 2018
PRO SE OFFICE