UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Carlyne Desir

Plaintiff(s)

vs.

Bayview Loan Servicing, LLC

Defendant(s)

MAGISTRATE JUDGE JAMES ORENSTEIN
CV 18-2630

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 15 2018 ★
BROOKLYN OFFICE

## CERTIFICATE OF DEFAULT

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Bayview Loan Servicing, LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Bayview Loan Servicing, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: 6/11/18 New York, 20___

DOUGLAS C. PALMER, Clerk of Court

By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Carlyne Desir

Plaintiff(s)

vs.

Bayview Loan Servicing, LLC

Defendant(s)

MAGISTRATE JUDGE JAMES ORENSTEIN
CV 18-2630 (ENV)(PK)



Affirmation of Service

I Carlyne Desir declare under penalty of perjury that I have served a copy of the Request for Clerk's Certificate of Default, Affirmation in Support of Request for Certificate of Default upon Bayview Loan Servicing, LLC by mailing it to Bayview Loan Servicing, LLC.

Whose address is:

Bayview Loan Servicing, LLC
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

6/11/18 Plaintiff(s) Pro se Carlyne Desir
1211 Atlantic Court
Kissimmee Florida 34759
carlynedesir@gmail.com
863-496-4535

