UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Carlyne Desir

Plaintiff(s)

vs.

MAGISTRATE JUDGE JAMES ORENSTEIN
CV 18-2630

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 15 2018 ★
BROOKLYN OFFICE

Bank of America

Defendant(s)

## CERTIFICATE OF DEFAULT

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Bank of America has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Bank of America is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: 6/11/18 New York, 20___

DOUGLAS C. PALMER, Clerk of Court

By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Carlyne Desir

Plaintiff(s)

vs.

Bank of America

Defendant(s)

MAGISTRATE JUDGE JAMES ORENSTEIN
CV 18-2630 (ENV)(PK)



Affirmation of Service

I Carlyne Desir declare under penalty of perjury that I have served a copy of the Request for Clerk's Certificate of Default, Affirmation in Support of Request for Certificate of Default upon Bank of America by mailing it to Bank of America.

Whose address is:

Bank of America
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

6/11/18 Plaintiff(s) Pro se Carlyne Desir
1211 Atlantic Court
Kissimmee Florida 34759
carlynedesir@gmail.com
863-496-4535

