UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYNE DESIR, <br><br>                  Plaintiff, <br><br>       v. <br><br> FLORIDA CAPITAL BANK, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK (CWALT 2006-31CB), BANK OF AMERICA, BAYVIEW LOAN SERVICING, LLC, FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, STEWART TITLE, JP MORGAN CHASE BANK, NA, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), <br><br>               Defendants. | Case No. 18-cv-02630-ENV-PK |

## BAYVIEW LOAN SERVICING, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Bayview Loan Servicing, LLC certifies as follows:

1.      Bayview Loan Servicing, LLC (**Bayview**) is a Delaware limited liability company and is wholly owned by Bayview Asset Management, LLC, a Delaware limited liability company.

2.      No publicly held company owns 10% or more of Bayview's stock.

Dated: June 25, 2018
New York, New York

/s/ Ashley S. Miller, Esq.
Ashley S. Miller, Esq.
666 Fifth Avenue, 20th Floor
New York, NY 10103
(212) 880-3800

*Attorneys for Defendants The Bank of New York
Mellon FKA The Bank of New York (CWALT
2006-31CB) and Bayview Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I, Ashley S. Miller, an attorney, hereby certify that on this 25th day of June, 2018, a true and correct copy of this document was served via CM/ECF upon all parties registered to receive service via CM/ECF in this case, and upon plaintiff Carlyne Desir by USPS first class mail to 1211 Atlantic Court, Kissimmee, Florida 34759.

/s/ Ashley S. Miller
Ashley S. Miller, Esq.
666 Fifth Avenue, 20th Floor
New York, NY 10103
(212) 880-3800

*Attorneys for Defendants The Bank of New York Mellon FKA The Bank of New York (CWALT 2006-31CB) and Bayview Loan Servicing, LLC*