UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYNE DESIR,<br><br>    Plaintiff,<br><br>  v.<br><br>FLORIDA CAPITAL BANK, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK (CWALT 2006-31CB), BANK OF AMERICA, BAYVIEW LOAN SERVICING, LLC, FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, STEWART TITLE, JP MORGAN CHASE BANK, NA, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS),<br><br>    Defendants. | Case No. 18-cv-02630-ENV-PK |

## **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK (CWALT 2006-31CB)'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant The Bank of New York Mellon FKA The Bank of New York (CWALT 2006-31CB) certifies as follows:

1.   The Bank of New York Mellon FKA The Bank of New York (**BoNYM**) is a New York state banking institution.  The Bank of New York Mellon Corporation owns 100% of BoNYM.

2.   The Bank of New York Mellon Corporation's shares are publicly traded.  The Bank of New York Mellon Corporation ticker symbol is: BK.

Dated: June 25, 2018
New York, New York

                                        <u>/s/ Ashley S. Miller, Esq.</u>
                                        Ashley S. Miller, Esq.
                                        666 Fifth Avenue, 20th Floor
                                        New York, NY 10103
                                        (212) 880-3800

*Attorneys for Defendants The Bank of New York Mellon FKA The Bank of New York (CWALT 2006-31CB) and Bayview Loan Servicing, LLC*

## **CERTIFICATE OF SERVICE**

I, Ashley S. Miller, an attorney, hereby certify that on this 25th day of June, 2018, a true and correct copy of this document was served via CM/ECF upon all parties registered to receive service via CM/ECF in this case, and upon plaintiff Carlyne Desir by USPS first class mail to 1211 Atlantic Court, Kissimmee, Florida 34759.

/s/ Ashley S. Miller
Ashley S. Miller, Esq.
666 Fifth Avenue, 20th Floor
New York, NY 10103
(212) 880-3800

*Attorneys for Defendants The Bank of New York Mellon FKA The Bank of New York (CWALT 2006-31CB) and Bayview Loan Servicing, LLC*