IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

CARLYNE DESIR,

        Plaintiff,

v.

FLORIDA CAPITAL BANK, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK NEW YORK, BANK OF AMERICA, BAYVIEW LOAN SERVICING, LLC, FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, STEWART TITLE, JP MORGAN CHASE BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS),

        Defendants.

Civil Action No. 1:18-cv-02630-ENV-PK

**CORPORATE DISCLOSURE STATEMENT**

---

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel hereby submits the corporate disclosure statement for the following defendant:

      Defendant Bank of America, N.A. is 100% owned by BANA Holding Corp., which is 100% owned by BAC North America Holding Company. BAC North America Holding Company is 100% owned by NB Holdings Corp., which in turn is 100% owned by Bank of America Corporation, whose shares are publicly traded. No public company other than Bank of America Corporation has an ownership interest of 10% or more in BANA. Bank of America Corporation does not have any parent corporations and no publicly-held company has an ownership interest of 10% or more in Bank of America Corporation.

Dated:  June 25, 2018    Respectfully submitted,
       New York, New York

WINSTON & STRAWN, LLP

BY:   */s/ Evan E. D'Amico*
       Evan E. D'Amico, Esq.
       200 Park Avenue
       New York, NY 10166-4193
       Telephone: (212) 294-5306
       edamico@winston.com
       *Counsel for Defendant Bank of America, N.A.*