IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK (Brooklyn)

---------------------------------------------------------------- x
:
CARLYNE DESIR, :
:
                Plaintiff, : Civil Action No. 1:18-cv-02630-ENV-JO
:
v. :
: **NOTICE OF APPEARANCE OF COUNSEL**
:
FLORIDA CAPITAL BANK, N.A., THE :
BANK OF NEW YORK MELLON FKA THE :
BANK NEW YORK, BANK OF AMERICA, :
BAYVIEW LOAN SERVICING, LLC, :
FRENKEL LAMBERT WEISS WEISMAN & :
GORDON, LLP, STEWART TITLE, JP :
MORGAN CHASE BANK, N.A., MORTGAGE :
ELECTRONIC REGISTRATION SYSTEMS, :
INC. (MERS), :
:
                Defendants. :
---------------------------------------------------------------- x

      PLEASE TAKE NOTICE that I, Jason R. Lipkin, hereby respectfully enter my appearance for Defendant Bank of America, N.A. ("BANA") in the above-captioned matter. And request that copies of all papers in this action be served upon me at the address stated below.

      I certify that I am admitted to practice in this Court.


Dated:  July 10, 2018           Respectfully submitted,
          New York, New York

                                 WINSTON & STRAWN, LLP

                      BY:    */s/ Jason R. Lipkin*
                                 Jason R. Lipkin, Esq.
                                 200 Park Avenue
                                 New York, NY 10166-4193
                                 Telephone: (212) 294-6647
                                 jlipkin@winston.com

                                 *Counsel for Defendant Bank of America, N.A.*

1

## AFFIRMATION OF SERVICE

I, Jason R. Lipkin, declare under penalty of perjury that a true and correct copy of the foregoing NOTICE OF APPEARANCE was served on Plaintiff via Fedex on July 10, 2018 and filed via by means of the U.S. District Court for the Eastern District of New York's Case Management/Electronic Case Filing (CM/ECF) system.

*<u>Via Fedex:</u>*
Carlyne Desir
1211 Atlantic Court
Kissimmee, FL 34759
*Pro Se* Plaintiff

Dated: New York, NY
         July 10, 2018

                                        By:*/s/ Jason R. Lipkin*
                                              Jason R. Lipkin, Esq.