## MITCHELL L. PASHKIN, ATTORNEY AT LAW

### DEBT COLLECTION DEFENSE    CONSUMER PROTECTION

### COURT ACTIONS, TRIALS AND APPEALS

Mitchell L. Pashkin, Esq., Principal

<u>Admitted</u>
Supreme Court of the United States
United States Court of Appeals for the Second Circuit
Eastern, Northern, Southern, and Western Federal District of New York
New York State

    Cell:  (631) 335-1107
    Tel:  (631) 629-7709
    Fax:  (631) 824-9328

[mpash@verizon.net](mailto:mpash@verizon.net)

<u>775 PARK AVENUE, STE. 255, HUNTINGTON, NY  11743</u>

Honorable Eric N. Vitaliano
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    Desir v Florida Capital Bank, N.A., et. al
        1:18-cv-02630-ENV-JO
        Defendant Florida Capital Bank. N.A.'s Motion to Dismiss

July 30, 2018

Dear Judge Vitaliano

       I represent Defendant Florida Capital Bank. N.A.

       Today, I filed my client's Motion to Dismiss on ECF.  This Motion to Dismiss was served on Plaintiff. pro se in accordance with the Briefing Schedule you set for this Motion to Dismiss.

       I did not receive any opposition to this Motion to Dismiss.

Sincerely,
*Mitchell L. Pashkin*
Mitchell L. Pashkin